UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

UNITED STATES OF AMERICA            *        CRIMINAL NO. 2:26-mj-00076

VS.                                 *

MAURICIO GUERRERO                   *        MAGISTRATE JUDGE LEBLANC

**ORDER**

In accordance with the requirements of Rule 5 of the Federal Rules of Criminal Procedure, as amended October 21, 2020, and in addition to the requirements imposed by the court's Pretrial Criminal Scheduling Order, it is

**ORDERED** that the government be and it is hereby reminded of its disclosure obligations under *Brady v Maryland*, 373 U.S. 83 (1963), and its progeny.  Failure of the government to abide by this order and to properly disclose *Brady* material to the defendant shall carry consequences. Consequences of  violation of this order and the duty to disclose as mandated by *Brady* will be commiserate with the scope and severity of the violation and can include exclusion of evidence at trial, a finding of contempt with possible disciplinary action against the prosecutor, dismissal of an indictment with prejudice, or even a declaration that a conviction was obtained invalidly.

**THUS DONE AND SIGNED** in chambers this 20th day of March, 2026.

_____
THOMAS P. LEBLANC
**UNITED STATES MAGISTRATE JUDGE**